UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAJ PATEL,

                Plaintiff,

    v.

MICROSOFT CORPORATION,

                Defendant.

CASE NO. **2:26-cv-01747-RAJ**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1) and recommends review of the complaint under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

. The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 22nd day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1